IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL AYALA,

       Petitioner,

vs.                                                  Case No. 10-CV-01240 MV/LFG

TIMOTHY HATCH, Warden, and
GARY K. KING, Attorney General
for the State of New Mexico,

       Respondents.

## JUDGMENT

Having, by separate Memorandum Opinion and Order entered concurrently herewith, denied Plaintiff's Petition Under 28 U.S.C Section 2254 for Writ of Habeas Corpus by a Person in State Custody, adopted in part the Magistrate Judge's Findings and Recommended Disposition, and overruled Mr. Ayala's Objections to the Magistrate Judge's Findings and Recommended Disposition,

     **IT IS ORDERED** that this action is hereby **DISMISSED with prejudice**.

DATED this 13th day of November, 2012.

                                              _____
                                              MARTHA VÁZQUEZ
                                              United States District Court Judge